IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MANUEL MARTEZE WILDER, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-CV-00143-TES |
| | * |
| WAYNE SHELDON FISHER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 28, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of September, 2020.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk